UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GLENDY NOELIA CLAUDIO MENDEZ,

    Plainitff

V.                CIVIL ACTION NO.  20 cv 11598--KAR

CHAD WOLF, ET AL

    Defendant(s)

ORDER OF DISMISSAL

ROBERTSON,    U.S.M.J..

It is hereby ORDERED that the Plaintiff's Motion to Dismiss the the Complaint is granted and the case is now closed.

.

                                       By the Court,

May 20, 2021                  /s/ Mary Finn

Date                                     Deputy Clerk

(mef Order Dismissing Case.wpd - 3/18/03)